UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAMADOU CISSE,<br><br>                           Plaintiff,<br><br>-against-<br><br>JOHN ANTONOPOULOS JR. and CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,<br><br>                           Defendants. | 1:23-cv-9700 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On November 3, 2023, this action was removed from the Supreme Court of the State of New York, Queens County, by the defendants. (Notice of Removal ¶ 1). Defendant John Antonopoulos Jr. is a citizen of New Jersey and Defendant Clean Harbors Environmental Services, Inc. is an Illinois corporation with its principal place of business in Illinois. (Notice of Removal ¶ 4). The plaintiff is a citizen of New York. (Notice ¶ 4). Defendants assert that jurisdiction is proper by reason of diversity of citizenship, pursuant to Title 28, United States Code, Section § 1332(a). (Notice ¶ 3).

      Defendants have not yet filed proof of service of the Notice of Removal with the Court. It is ORDERED that, on or before **November 22, 2023**, the Defendants shall file a proof of service or otherwise provide an update as to service on Plaintiff Mamadou Cisse of the Notice of Removal with the Court.

      It is further ORDERED that Defendants' counsel must e-mail, fax, or deliver by hand a copy of this Order to counsel for Plaintiff immediately upon receipt.

Dated: November 16, 2023
       New York, New York

                                                              SO ORDERED.

                                                               *Jennifer Rochon*
                                                              JENNIFER L. ROCHON
                                                               United States District Judge