UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAMADOU CISSE,<br><br>        Plaintiff,<br><br>   -against-<br><br>JOHN ANTONOPOULOS JR. and CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,<br><br>        Defendants. | 1:23-cv-9700 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On November 3, 2023, this action was removed from the Supreme Court of the State of New York, Queens County, by the defendants. ECF No. 1 ¶ 1. Defendants assert that jurisdiction is proper by reason of diversity of citizenship, pursuant to Title 28, United States Code, Section § 1332(a). ECF No. 1 ¶ 3.

  Defendants filed proof of service of the Notice of Removal with the Court on November 17, 2023. ECF Nos. 5 & 6. On November 28, 2023, the Court ordered Plaintiff to file a notice of appearance by December 19, 2023, and warned that failure to appear by Plaintiff may result in dismissal for failure to prosecute. ECF No. 7. Plaintiff has still not appeared in this action.

  Plaintiff is hereby ORDERED to file a notice of appearance on or before January 15, 2023. Defendants are ORDERED to serve this order upon Plaintiff on or before January 5, 2023 and file proof of such service on the docket on or before January 8, 2023. Failure to appear by Plaintiff will result in the case being dismissed for failure to prosecute.

Dated: December 20, 2023
   New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge